IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEAMFITTERS LOCAL UNION NO. 420, <br><br> Plaintiff, <br><br> v. <br><br> MALLINCKRODT ARD, LLC., et al., <br><br> Defendants. | No. 2:19-cv-3047-BMS |

**NOTICE OF ORDER BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION DENYING MOTION FOR TRANSFER OF ACTIONS PURSUANT TO 28 U.S.C. § 1407**

On January 27, 2021, Mallinckrodt ARD LLC filed a Motion to Transfer this action, pursuant to 28 U.S.C. §§ 1412 or 1404, to the District of Delaware, where Mallinckrodt's chapter 11 cases are pending in the Delaware Bankruptcy Court. Dkt. No. 90. On April 21, 2021, the Court granted Plaintiff's Motion to Stay This Action Pending the Adjudication of Plaintiff's Motion to Transfer This Case And Other Cases to the Judicial Panel of Multi-District Litigation and ordered the matter "STAYED pending further ORDER of this Court." Dkt. No. 102. On June 7, 2021, the JPML issued a ruling denying the Motion to Transfer on the grounds that there is "uncertainty about the timing and outcome of related bankruptcy proceedings" and that "there are motions for transfer under 28 U.S.C. §§ 1412 or 1404 pending" in several actions. *See* Order Denying Transfer in MDL No. 2999 (attached hereto as Exhibit A). The Court further stated: "[s]hould centralization appear to be necessary once the bankruptcy stay is lifted, 'the parties may file another Section 1407 motion, and the Panel will revisit the question of centralization at that time.'" *Id.* (quoting *In re Gerber Probiotic Prods. Mktg. & Sales Practices Litig.*, 899 F. Supp. 2d 1378, 1381 (J.P.M.L. 2012)).

Dated: June 8, 2021                              Respectfully submitted,

/s/ <u>Lee C. Durivage</u>

Lee C. Durivage
**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
2000 Market Street, Suite 2300
Philadelphia, PA 19103
(215) 575-2584
lcdurivage@MDWCG.com

Daniel J. Sherry
**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
620 Freedom Business Center, Suite 300
King of Prussia, PA 19406
(610) 354-8260
djsherry@MDWCG.com

Matt M. Wolf
Laura S. Shores
Sonia Kuester Pfaffenroth
Ryan Z. Watts
Sean P. Hennessy
Adam M. Pergament
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Avenue
Washington, DC 20001
(202) 942-5000
matthew.wolf@arnoldporter.com
laura.shores@arnoldporter.com
sonia.pfaffenroth@arnoldporter.com
ryan.watts@arnoldporter.com
sean.hennessy@arnoldporter.com
adam.pergament@arnoldporter.com

Debra E. Schreck
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019
(212) 836-7570
debra.schreck@arnoldporter.com

David Eric Shapland
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street
Los Angeles, CA 90017-5844
(213) 243-4238
eric.shapland@arnoldporter.com

## CERTIFICATE OF SERVICE

I, Lee C. Durivage, Esquire, do hereby certify that a true and correct copy of Mallinckrodt ARD LLC's Notice of Order by Judicial Panel on Multidistrict Litigation Denying Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 was served upon all counsel by electronic service through the Court's ECF system at the following addresses, unless otherwise indicated:

*Steamfitters Local Union No. 420:*

Donald E Haviland , Jr
William H. Platt, II
**HAVILAND HUGHES**
201 S. Maple Avenue
Suite 110
Ambler, PA 19002
215-609-4661
haviland@havilandhughes.com
platt@havilandhughes.com

Dion G. Rassias
Jillian E. Johnston
**THE BEASLEY FIRM, LLC**
1125 Walnut Street
Philadelphia, PA 19107
215-592-1000
Fax: 215-592-1523
dgr@beasleyfirm.com
jill.johnston@beasleyfirm.com


*United Biosource Corporation (n/k/a United Biosource LLC, a wholly owned subsidiary of United Biosource Holdings, Inc.):*

Michael Lyle
Eric Lyttle
Ethan Glass
Meghan McCaffrey
Michael Bonanno
Keith H. Forst
J. Kirk Goza
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
1300 I Street NE, Suite 900

Washington, DC  20005
mikelyle@quinnemanuel.com
(202) 538-8166
ericlyttle@quinnemanuel.com
(202) 538-8162
ethanglass@quinnemanuel.com
(202) 538-8265
meghanmccaffrey@quinnemanuel.com
(202) 538-8177
mikebonanno@quinnemanuel.com
(202) 538-8225
keithforst@quinnemanuel.com
(202) 538-8139
kirkgoza@quinnemanuel.com
(202) 538-8169

Joseph P. Walsh
**WALSH PANCIO, LLC**
2028 N. Broad Street
Lansdale, PA 19446
Tel: (215) 368-8660
Fax: (215) 368-7990
joe@walshpancio.com

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

BY: _/s/ Lee C. Durivage_
 LEE C. DURIVAGE
 Attorney for Defendant: Mallinckrodt ARD, LLC

Dated: June 8, 2021