# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEAMFITTERS LOCAL UNION No. 420, <br><br> Plaintiff, <br><br> v. <br><br> MALLINCKRODT ARD LLC and UNITED BIOSOURCE LLC, <br><br> Defendants. | Case No. 2:19-cv-03047-BMS <br><br> District Judge Berle M. Schiller |

## STIPULATED DISMISSAL OF MALLINCKRODT ARD LLC

**WHEREAS**, two lawsuits were filed in this Court, captioned *United States ex rel. Strunk and Pratta v. Mallinckrodt ARD, Inc.*, No. 12-CV-0175 (E.D.Pa.) ("*Strunk & Pratta Action*"), and *United States of America ex rel. Clark v. Questcor Pharmaceuticals, Inc.*, No. 13-CV-1776 (E.D.Pa.) ("*Clark Action*") (collectively, the "*Qui Tam Actions*").

**WHEREAS**, on June 13, 2017, the Fourth Amended Qui Tam Complaint was filed under seal in the *Qui Tam Actions*. (*Qui Tam Actions*, ECF No. 40.)

**WHEREAS**, on March 6, 2019, the United States decided to intervene in the *Qui Tam Actions* with respect to certain claims, and asked the Court to unseal the Fourth Amended Complaint. (*Qui Tam Actions*, ECF No. 55.)

**WHEREAS**, on June 4, 2019, the United States filed a Complaint in Intervention, setting forth the claims it was pursuing against Mallinckrodt. (*Qui Tam Actions*, ECF No. 57.)

**WHEREAS**, on July 3, 2019, this Court granted the government's motion to consolidate the *Qui Tam Actions*, and terminated Mallinckrodt plc as a defendant. (*Qui Tam Actions*, ECF No. 70.)

**WHEREAS**, in August 2019, Mallinckrodt settled a portion of the government's claims in the *Qui Tam Actions* relating to certain "Covered Conduct" from January 1, 2009 to December 31, 2013 for $15.4 million and no admission of liability. (*Qui Tam Actions*, ECF No. 74-1.)

**WHEREAS**, on July 12, 2019, Steamfitters Local Union No. 420 ("Steamfitters"), on its own behalf and on behalf of a putative class of similarly situated purchasers of Acthar® Gel, filed the operative complaint in this action against (a) Mallinckrodt ARD LLC ("Mallinckrodt") on the one hand and (b) United BioSource LLC on the other hand.[1] Steamfitters' claims included the conduct alleged in the *Qui Tam Actions*, including claims set forth in the Complaint in Intervention, as well as other conduct not alleged in such Complaint.

**WHEREAS**, on October 12, 2020, Mallinckrodt and affiliated entities filed for bankruptcy in the Bankruptcy Court for the District of Delaware.

**WHEREAS**, on June 16, 2022, the Plan of Reorganization, previously confirmed by the Bankruptcy Court, became effective (the "Effective Date") and discharged all claims against Mallinckrodt before the Effective Date.

**WHEREAS,** on January 4, 2023, this Court ordered, "any stipulation to dismiss Plaintiffs' claims against Mallinckrodt (or any portion of those claims) shall be filed on or before Friday, February 3, 2023."[2]

**IT IS HEREBY STIPULATED, AGREED AND ORDERED** that Mallinckrodt is dismissed from this action with prejudice because the claims currently pled against Mallinckrodt in Steamfitters' Complaint are pre-petition, pre-Effective Date claims covered by the Bankruptcy Court's discharge order. In entering this Stipulation of Dismissal, Steamfitters reserves all rights to pursue its claims against co-defendant, United BioSource LLC.

---

[1] Complaint, July 12, 2019, Dkt. 1.
[2] Amended Scheduling Order, January 4, 2023, Dkt. 111.

**IT IS FURTHER STIPULATED, AGREED AND ORDERED** that Mallinckrodt will bear its own costs incurred in defense of this litigation.

Dated: January 17, 2023

Respectfully submitted,

<table>
<tr><td>

/s/ Donald E. Haviland, Jr.
Donald E. Haviland, Jr., Esquire
(PA ID No. 66616)
William H. Platt II, Esquire
(PA ID No. 83585)
**HAVILAND HUGHES**
201 South Maple Avenue, Suite 110
Ambler, PA 19002
T: 215-609-4661
F: 215-392-4400

*Counsel for Plaintiff, Steamfitters Local Union No. 420 and the Class*

</td><td>

/s/ D. Eric Shapland
D. Eric Shapland
**ARNOLD & PORTER
KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
(213) 243-4000
eric.shapland@arnoldporter.com

Matthew M. Wolf
Laura S. Shores
Sonia K. Pfaffenroth
Ryan Z. Watts
**ARNOLD & PORTER
KAYE SCHOLER LLP**
601 Massachusetts Avenue, NW
Washington, DC 20001
(202) 942-5000
matthew.wolf@arnoldporter.com
laura.shores@arnoldporter.com
sonia.pfaffenroth@arnoldporter.com
ryan.watts@arnoldporter.com

Lee C. Durivage
**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**
Attorney ID #205928
2000 Market Street, Suite 2300
Philadelphia, PA 19103
P: (215) 575-2584/F: (215) 575-0856
Email: lcdurivage@mdwcg.com

*Counsel for Defendant Mallinckrodt ARD LLC*

</td></tr>
</table>

IT IS SO ORDERED on this 18th day of January 2023:

_____
District Judge Berle M. Schiller