**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **STEAMFITTERS LOCAL UNION NO. 420, individually and on behalf of all others similarly situated,**<br>**Plaintiff,** | **CIVIL ACTION** |
| **v.** | **NO. 19-3047** |
| **UNITED BIOSOURCE CORPORATION, now known as UNITED BIOSOURCE LLC, a wholly owned subsidiary of UNITED BIOSOURCE HOLDINGS, INC.,**<br>**Defendant.** | |

**O R D E R**

**AND NOW**, this 17th day of August, 2026, upon consideration of Defendant United Biosource Corporation's Motion for Judgment on the Pleadings (ECF No. 193 (the "Motion")), Plaintiff Steamfitters Local Union No. 420's response in opposition thereto (ECF No. 205), and Defendant's reply in further support of its Motion (ECF No. 215), it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE.** The Court grants Plaintiff leave to replead to correct the deficiencies noted in the accompanying memorandum on or before **September 8, 2026.**

**IT IS FURTHER ORDERED** that the stay on discovery (ECF No. 203) shall remain in effect until further order of this Court.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**